# ROBERT BLOSSNER
*Attorney At Law*

30 Vesey Street - New York, New York 10007
(212)571-0805
Fax (212)571-0938

August 17, 2012

Via Email: Abramsnysdchambers@nysd.uscourts.gov
United States District Court
District Judge Ronnie Abrams
500 Pearl Street
New York, New York 10007

Re: U.S. v. Motley & Burke    12 cr. 604

Honorable Judge Abrams:

I represent Robert Burke in the above entitled indictment.

Mr. Burke is currently confined to his home pursuant to electronic monitoring and pre-trial supervision.

I am requesting permission for him to visit his grandson, Kareem Burke, age 16, who is confined for psychiatric evaluation at Mount Sinai Hospital, New York, New York.

AUSA Elisha Kobre has authorized me to consent to this visit. Mr. Burke's pre-trial services officer Jason G. Lerman is scheduled to leave this afternoon on vacation. It is respectfully requested that if the Court will permit a visit during the upcoming weekend, Mr. Lerman be advised by the Court at (212) 805-4109.

Respectfully,

Robert Blossner

cc: AUSA Kobe
Fax: (212) 637-2390

Jason Lerman
Pretrial Services
Fax: (212) 805-4176

*[Handwritten order:]* Defendant is permitted to leave his home to visit his grandson at Mount Sinai Hospital on Saturday, August 18 or Sunday, August 19, 2012 between the hours of 11:00 a.m. and 5:00 p.m. All future requests will be denied if Pretrial Services is not contacted in advance and a specific date and time frame are not proposed.

SO ORDERED:

HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

8/17/12